

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH
Assistant United States Attorney
Organized Crime Strike Force
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Room 5000
Las Vegas, Nevada 89101
Telephone: (702)388-6336
Fax: (702)388-6418

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| PLAINTIFF | ) Mag. Case No.: 2:13-mj-569-CWH |
| VS. | ) |
| DAMYMON LANDERS, | ) |

**GOVERNMENT'S *EX PARTE* APPLICATION REQUESTING**
**SEALING OF THE COMPLAINT**

Comes now the, United States America, by and through Daniel G. Bogden, United States Attorney and Kimberly M. Frayn, Assistant United States Attorneys, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with this Application and the Court's, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order other wise.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The government submits that disclosure of the information might possibly jeopardize the investigation.

///

1 | The Government submits that its right to secrecy far outweighs the public's right to know.

2 | DATED this 30 day of July, 2013

3 |

4 | Respectfully Submitted,

5 | DANIEL G. BOGDEN
United States Attorney

6 |

7 |

8 | PHILLIP N. SMITH
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Mag. Case No.:   2:13-mj-569-CWH |
| PLAINTIFF ) | **ORDER SEALING** |
| VS. ) | |
| DAMYMON LANDERS, ) | |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 30th day of July, 2013.

_____
HON. CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

3