DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-292-GMN-VCF |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| DAMYMON LANDERS, | ) | |
| Defendant. | ) | |

## ORDER

**IT IS ORDERED**, that pursuant to the Government's Motion to Dismiss Criminal Information, and in accordance with Fed. R. Crim. P. 48(a), the Criminal Information filed on July 30, 2013 in the above-captioned case is hereby **DISMISSED**.

**DATED** this 27th day of August, 2013.

_____
Gloria M. Navarro
United States District Judge