RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Damymon Landers

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAMYMON LANDERS,<br><br>Defendant. | 2:13-cr-00292-GMN-VCF<br><br>**MOTION FOR A PRE-PLEA DETERMINATION OF CRIMINAL HISTORY**<br><br>**AND ORDER** |

COMES NOW the defendant, DAMYMON LANDERS, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, and files this Motion for a Pre-Plea Determination of Criminal History. This pleading is based upon all of the papers and pleadings on file herein.

DATED this 30th of April, 2015.

RENE L. VALLADARES
Federal Public Defender

*/s/ Shari L. Kaufman*
_____
Shari L. Kaufman
Assistant Federal Public Defender

**CONCLUSION**

The parties are attempting to resolve this case short of trial. It is believed that a pre-plea determination of criminal history may assist in obviating the need for trial. The government has no objections to this request.

Wherefore, Mr. Landers respectfully request that this Honorable Court enter an Order directing that the United States Department of Probation prepare a pre-plea determination of criminal history to determine the criminal history of Mr. Landers.

DATED this 30th day of April, 2015.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Shari L. Kaufman*
_____
Shari L. Kaufman
Assistant Federal Public Defender
Counsel for Damymon Landers

**ORDER**

Defendant's Motion for a Pre-Plea Determination of Criminal History (ECF No. 44) is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the United States Probation Office shall prepare and provide to the Court by **July 1, 2015**, a Pre-Plea Presentence Investigation Report calculating Damymon Landers' criminal history.

**DATED** this 1st day of May, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court